**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 308 EAL 2016
                              :
            Respondent        :  Petition for Allowance of Appeal from
                              :  the Order of the Superior Court
                              :
            v.                :
                              :
                              :
                              :
PRENTICE  THOMAS,             :
                              :
            Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.